IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WYSLER MURAT LARAME,

      Appellant,

v.

DEPARTMENT OF REVENUE
AND ROSELINE LEGER,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3457

Opinion filed March 22, 2016.

An appeal from an order of the State of Florida, Division of Administrative Hearings.
James H. Peterson, III, Judge.

Marina R. Taylor, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

PER CURIAM.

      DISMISSED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.